IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07mj61-SRW |
| | ) | |
| ISIDRO MONTOYA-MORENO | ) | |
| JOSE PINA-MONTOYA | ) | |

## **ORDER**

For good cause, it is

ORDERED that a preliminary examination is set for July 2, 2007 at 8:30 a.m. in Courtroom 5-B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. Pending this hearing, the defendants shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 28th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE